UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**JEAN-ROBERT CADET,**                      **CASE NO. C-1-0131**
    **PLAINTIFF**                                      **(HOGAN, M.J.)**

**VS.**

**MADERIA CITY SCHOOLS, ET AL.,**
    **DEFENDANTS**

### ORDER

The briefing schedule for Motions in Limine is as follows:

    Motions to be filed by September 15, 2003.

    Memoranda in Opposition to be filed by September 19, 2003.

    Replies to be filed by September 23, 2003.

The Court will respond with a written Order on or before September 30, 2003.


September 8, 2003                        s/Timothy S. Hogan
                                                  Timothy S. Hogan
                                                  United States Magistrate Judge