UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JEAN-ROBERT CADET | CASE NO.  C-1-01-131 |
| Plaintiff | (Judge Herman J. Weber) |
| vs | |
| MADEIRA CITY SCHOOL DISTRICT BOARD OF EDUCATION | **DEFENDANTS' MOTION TO DEEM PROPOSED FINDINGS OF FACT AS ADMITTED BY PLAINTIFF** |
| MICHELE W. HUMMEL | |
| CHRIS J. MATE | |
| PAUL W. IMHOFF | |
| Defendants | |

Defendants hereby move this Court for an order deeming the defendants' proposed findings of fact as admitted by plaintiff.  This motion is supported by the attached memorandum and plaintiff's response to defendants' findings of fact and conclusions of law filed on October 4, 2002.

    /s/ R. Gary Winters
    R. Gary Winters  0018680
    Bernard W. Wharton  0063487
    Attorneys for Defendants
    McCASLIN, IMBUS & McCASLIN
    Suite 900 Provident Bank Building
    632 Vine Street
    Cincinnati, OH  45202-2442

(513) 421-4646

**MEMORANDUM**

Pursuant to Judge Weber's Scheduling Order of November 15, 2001 and subsequent Order of October 1, 2002, plaintiff responded to defendants proposed findings of fact and conclusions of law by highlighting which proposed findings of facts the plaintiff admitted were true. (Doc. No. 41)  Those findings of fact highlighted in blue indicated that plaintiff admits that those statements are true while those highlighted in yellow indicated that plaintiff admits that those statements are true but contends that they are irrelevant or unimportant.  For purposes of trial, defendants respectfully request that this Court order that all proposed findings of fact highlighted in blue or yellow be deemed as admitted as true by plaintiff while recognizing plaintiff reserves the right to argue that those highlighted in yellow might be irrelevant.

For this Court's ease, the paragraph numbers that were highlighted in blue, and therefore deemed admitted as true and relevant by plaintiff are Paragraph Nos. 1, 2, 4, 13, 15, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 39, 42 and 49.  The findings that were highlighted in yellow, were Paragraph Nos. 3, 5, 6, 7, 12, 14, 16, 17, 18, 19, 21, 24, 36, 37, 48 and 50.

Defendants respectfully request that all of these admissions by plaintiff be deemed stipulations and ask that plaintiff be bound by these factual admissions. Defendants reserve the right to challenge these admissions on other evidentiary

2

grounds and concede that they must be admissible on non-hearsay or other evidentiary grounds before they can be properly admitted at trial.

/s/ R. Gary Winters
R. Gary Winters  0018680
Bernard W. Wharton  0063487
Attorneys for Defendants
McCASLIN, IMBUS & McCASLIN
Suite 900 Provident Bank Building
632 Vine Street
Cincinnati, OH  45202-2442
(513) 421-4646

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September, 2003, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ R. Gary Winters
R. Gary Winters   0018680
Bernard W. Wharton 0063487
Attorneys for Defendants, Madeira City
School District Board of Education, Michele
W. Hummel, Chris J. Mate, Paul W. Imhoff
Suite 900 Provident Building
632 Vine Street
Cincinnati, OH 45202-2442
(513) 421-4646 (phone)
(513) 421-7929 (fax)
rgarywinters@zoomtown.com
bwharton@zoomtown.com