UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JEAN-ROBERT CADET,** | : | Case No. C-1-01-131 |
| | | Magistrate Judge Hogan |
| Plaintiff, | : | |
| vs. | : | STIPULATION AND NOTICE OF PARTIAL VOLUNTARY |
| | : | DISMISSAL WITHOUT |
| **MADEIRA CITY SCHOOL DISTRICT** | | PREJUDICE OF |
| **BOARD OF EDUCATION, et al.,** | : | <u>MICHELE W. HUMMEL</u> |
| Defendants. | : | |

Pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), Plaintiff hereby dismisses without prejudice his claims against Michele W. Hummel, in her individual and official capacities. Plaintiff dismisses only his claims against Michele W. Hummel but maintains his claims against Chris Mate, Paul Imhoff, and the Madeira City School District Board of Education.

Respectfully submitted,

s/ W. Kelly Lundrigan

W. Kelly Lundrigan         (0009189)
Rhonda S. Frey             (0067343)
MANLEY BURKE
225 Court Street
Cincinnati, Ohio   45202
(513) 721-5525
ATTORNEYS FOR PLAINTIFF

s/ R. Gary Winters, by W. Kelly Lundrigan Pursuant to Authorization
R. Gary Winters            (0018680)
Bernard W. Wharton         (0063487)
McCaslin, Imbus & McCaslin
632 Vine Street, Suite 900
Cincinnati, Ohio   45202-2442
(513) 421-4646
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation was sent via electronic notification on the 5th day of October, 2003, to all parties entitled to service under Rule 5 of the Federal Rules of Civil Procedure.

s/ Rhonda S. Frey
Rhonda S. Frey

**SERVICE LIST:**

R. Gary Winters
Bernard W. Wharton
McCaslin, Imbus & McCaslin
632 Vine Street, Suite 900
Cincinnati, Ohio   45202-2442

N:\CLIENTS\Cadet\Pleadings\Stipulation of partial dismissal - Hummel.wpd