# RETURN OF SERVICE

**ORIGINAL**

## UNITED STATES DISTRICT COURT
## Southern District of Ohio

Case Number: C-1-01-131

Plaintiff:
**Jean-Robert Cadet**

vs.

Defendant:
**Madeira City School District, et al.**

For:
W. Kelly Lindrigan
Manley, Burke
225 West Court Street
Cincinnati, OH 45202

Received by LEGAL EASE OF OHIO LLC on the 23rd day of September, 2003 at 12:50 pm to be served on **PAUL W. IMHOFF, Madeira City School District, 7465 Loannes Drive, Cincinnati, OH 45243**.

I, Becky Williams, do hereby affirm that on the **24th day of September, 2003 at 9:02 pm**, I:

**Individually Served** the within named person with a true copy of the **Subpoena in a Civil Case** with the date and hour endorsed thereon by me, pursuant to state statutes.

I am over the age of 18 and have no interest in the above action.

*Becky Williams*
**Becky Williams**
Process Server

**LEGAL EASE OF OHIO LLC**
407 Vine Street
Suite 102
Cincinnati, OH 45202
(513) 621-1017
Our Job Serial Number: 2003001521
Ref: Cadet

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

JEAN-ROBERT CADET

V.

MADEIRA CITY SCHOOL DISTRICT, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] C-1-01-131

TO: Paul W. Imhoff
Madeira City School District
7465 Loannes Drive, Cincinnati, Ohio 45243

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court Southern District of Ohio Western Division<br>Potter Stewart Courthouse<br>100 East Fifth Street, Cincinnati, Ohio 45202 | Judge Timothy Hogan |
| | DATE AND TIME |
| | October 6 thru 8, 2003 at 9:00 a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] W.K. Lindrigan | September 19, 2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

W. Kelly Lindrigan, Attorney for Plaintiff
225 West Court Street, Cincinnati, Ohio 45202 (513)721-5525

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Ohio

**ORIGINAL**

Case Number: C-1-01-131

Plaintiff:
**Jean-Robert Cadet**

vs.

Defendant:
**Madeira City School District, et al.**

For:
W. Kelly Lindrigan
Manley, Burke
225 West Court Street
Cincinnati, OH 45202

Received by LEGAL EASE OF OHIO LLC on the 23rd day of September, 2003 at 12:50 pm to be served on **CHRISTOPHER J. MATE, Madeira City School District, 7465 Loannes Drive, Cincinnati, OH 45243**.

I, Becky Williams, do hereby affirm that on the **24th day of September, 2003 at 9:10 am, I:**

**Individually Served** the within named person with a true copy of the **Subpoena in a Civil Case** with the date and hour endorsed thereon by me, pursuant to state statutes.

I am over the age of 18 and have no interest in the above action.

*Becky Williams* (signature)
**Becky Williams**
Process Server

**LEGAL EASE OF OHIO LLC**
407 Vine Street
Suite 102
Cincinnati, OH 45202
(513) 621-1017
Our Job Serial Number: 2003001520
Ref: Cadet

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

JEAN-ROBERT CADET

V.

MADEIRA CITY SCHOOL DISTRICT, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] C-1-01-131

TO: Christopher J. Mate
Madeira City School District
7465 Loannes Drive, Cincinnati, Ohio 45243

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court Southern District of Ohio Western Division Potter Stewart Courthouse 100 East Fifth Street, Cincinnati, Ohio 45202 | Judge Timothy Hogan |
| | DATE AND TIME |
| | October 6 thru 8, 2003 at 9:00 a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | September 19, 2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

W. Kelly Lindrigan, Attorney for Plaintiff
225 West Court Street, Cincinnati, Ohio 45202 (513)721-5525

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

# RETURN OF SERVICE

**ORIGINAL**

## UNITED STATES DISTRICT COURT
## Southern District of Ohio

Case Number: C-1-01-131

Plaintiff:
**Jean-Robert Cadet**

vs.

Defendant:
**Madeira City School District, et al.**

For:
W. Kelly Lindrigan
Manley, Burke
225 West Court Street
Cincinnati, OH 45202

Received by LEGAL EASE OF OHIO LLC on the 23rd day of September, 2003 at 12:50 pm to be served on **CYNTHIA N. CADET, 7258 Longfield Drive, Cincinnati, OH 45243**.

I, Becky Williams, do hereby affirm that on the **24th day of September, 2003 at 9:25 am, I:**

**Substitute Served** by leaving a true copy of this **Subpoena in a Civil Case** with the date and hour of service endorsed thereon by me with JOHN CADET as **SPOUSE** and informing said person of the contents therein.

I am over the age of 18 and have no interest in the above action.

*Becky Williams*
**Becky Williams**
Process Server

**LEGAL EASE OF OHIO LLC**
**407 Vine Street**
**Suite 102**
**Cincinnati, OH 45202**
**(513) 621-1017**
Our Job Serial Number: 2003001522
Ref: Cadet

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

JEAN-ROBERT CADET

V.

MADEIRA CITY SCHOOL DISTRICT, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] C-1-01-131

TO: Cynthia N. Cadet
7258 Longfield Drive
Cincinnati, Ohio 45243

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court Southern District of Ohio Western Division<br>Potter Stewart Courthouse<br>100 East Fifth Street, Cincinnati, Ohio 45202 | Judge Timothy Hogan |
| | DATE AND TIME |
| | October 6 thru 10, 2003 at 9:00 a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | September 19, 2003 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |
| W. Kelly Lindrigan, Attorney for Plaintiff<br>225 West Court Street, Cincinnati, Ohio 45202 (513)721-5525 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Ohio

**ORIGINAL**

Case Number: C-1-01-131

Plaintiff:
**Jean-Robert Cadet**
vs.
Defendant:
**Madeira City School District, et al.**

For:
W. Kelly Lindrigan
Manley, Burke
225 West Court Street
Cincinnati, OH 45202

FILED
KENNETH J. MURPHY
CLERK
03 SEP 26 PM 2:48

Received by LEGAL EASE OF OHIO LLC on the 23rd day of September, 2003 at 12:50 pm to be served on **CALDWELL WRIGHT, 11743 Elkwood Drive, Forest Park, OH 45240.**

I, Joe Wheeler, do hereby affirm that on the **23rd day of September, 2003 at 9:00 pm, I:**

**Substitute Served** by leaving a true copy of this **Subpoena in a Civil Case** with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode, to a person residing therein who is 16 years of age or older to wit: CHARLENE WRIGHT AS MOTHER and informing said person of the contents thereof.

I am over the age of 18 and have no interest in the above action.

*Joe Wheeler*
Joe Wheeler
Process Server

**LEGAL EASE OF OHIO LLC**
407 Vine Street
Suite 102
Cincinnati, OH 45202
(513) 621-1017
Our Job Serial Number: 2003001516
Ref: Cadet

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

JEAN-ROBERT CADET

V.

MADEIRA CITY SCHOOL DISTRICT, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  C-1-01-131

TO: Caldwell Wright
11743 Elkwood Drive
Forest Park, Ohio 45240

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court Southern District of Ohio Western Division<br>Potter Stewart Courthouse<br>100 East Fifth Street, Cincinnati, Ohio 45202 | Judge Timothy Hogan |
| | DATE AND TIME |
| | October 6 and 7, 2003 at 9:00 a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | September 19, 2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

W. Kelly Lindrigan, Attorney for Plaintiff
225 West Court Street, Cincinnati, Ohio 45202 (513)721-5525

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**RETURN OF SERVICE**

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

**ORIGINAL**

Case Number: C-1-01-131

Plaintiff:
**Jean-Robert Cadet**

vs.

Defendant:
**Madeira City School District, et al.**

For:
W. Kelly Lindrigan
Manley, Burke
225 West Court Street
Cincinnati, OH 45202

FILED
KENNETH J. MURPHY
CLERK
03 SEP 26 PM 2:48

Received by LEGAL EASE OF OHIO LLC on the 23rd day of September, 2003 at 12:50 pm to be served on **KAY FLUHARTY, 22 Ritchie Avenue, Wyoming, OH 45215.**

I, Joe Wheeler, do hereby affirm that on the **23rd day of September, 2003 at 8:23 pm, I:**

**Substitute Served** by leaving a true copy of this **Subpoena in a Civil Case** with the date and hour of service endorsed thereon by me with MR. FLUHARTY as **SPOUSE** and informing said person of the contents therein.

I am over the age of 18 and have no interest in the above action.

Joe Wheeler
Process Server

**LEGAL EASE OF OHIO LLC**
**407 Vine Street**
**Suite 102**
**Cincinnati, OH 45202**
**(513) 621-1017**
Our Job Serial Number: 2003001515
Ref: Cadet

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

JEAN-ROBERT CADET

V.

MADEIRA CITY SCHOOL DISTRICT, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] C-1-01-131

TO: Kay Fluharty
22 Ritchie Avenue
Wyoming, Ohio 45215

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court Southern District of Ohio Western Division<br>Potter Stewart Courthouse<br>100 East Fifth Street, Cincinnati, Ohio 45202 | Judge Timothy Hogan |
| | DATE AND TIME |
| | October 6 and 7, 2003 at 9:00 a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | September 19, 2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

W. Kelly Lindrigan, Attorney for Plaintiff
225 West Court Street, Cincinnati, Ohio 45202 (513)721-5525

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**
Southern District of Ohio

FILED
KENNETH J. MURPHY
CLERK
03 SEP 26 PM ORIGINAL

DIST COURT
DIST OHIO
WEST DIV CINCINNATI

Case Number: C-1-01-131

Plaintiff:
**Jean-Robert Cadet**

vs.

Defendant:
**Madeira City School District, et al.**

For:
W. Kelly Lindrigan
Manley, Burke
225 West Court Street
Cincinnati, OH 45202

Received by LEGAL EASE OF OHIO LLC on the **23rd** day of September, 2003 at 12:50 pm to be served on **MICHELE W. HUMMEL, 14 Camagro Canyon, Cincinnati, OH 45243**.

I, Joe Wheeler, do hereby affirm that on the **24th day of September, 2003 at 5:55 pm**, I:

**Substitute Served** by leaving a true copy of this **Subpoena in a Civil Case** with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode, to a person residing therein who is 16 years of age or older to wit: KATHERINE WALLACE and informing said person of the contents thereof.

I am over the age of 18 and have no interest in the above action.

_Joe Wheeler_
Joe Wheeler
Process Server

LEGAL EASE OF OHIO LLC
407 Vine Street
Suite 102
Cincinnati, OH 45202
(513) 621-1017
Our Job Serial Number: 2003001518
Ref: Cadet

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

JEAN-ROBERT CADET

V.

MADEIRA CITY SCHOOL DISTRICT, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  C-1-01-131

TO: Michele W. Hummel
14 Camargo Canyon
Cincinnati, Ohio 45243

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court Southern District of Ohio Western Division<br>Potter Stewart Courthouse<br>100 East Fifth Street, Cincinnati, Ohio 45202 | Judge Timothy Hogan |
| | DATE AND TIME |
| | October 6 thru 8, 2003 at 9:00 a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | September 19, 2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

W. Kelly Lindrigan, Attorney for Plaintiff
225 West Court Street, Cincinnati, Ohio 45202 (513)721-5525

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**RETURN OF SERVICE**

**ORIGINAL**

UNITED STATES DISTRICT COURT
Southern District of Ohio

Case Number: C-1-01-131

Plaintiff:
**Jean-Robert Cadet**

vs.

Defendant:
**Madeira City School District, et al.**

For:
W. Kelly Lindrigan
Manley, Burke
225 West Court Street
Cincinnati, OH 45202

Received by LEGAL EASE OF OHIO LLC on the 23rd day of September, 2003 at 12:50 pm to be served on **RICHARD SCHNEIDER, 6288 Branch Hill-Miamiville Road, Loveland, OH 45111**.

I, Paul Wheeler, do hereby affirm that on the **24th day of September, 2003 at 8:40 pm**, I:

**Substitute Served** by leaving a true copy of this **Subpoena in a Civil Case** with the date and hour of service endorsed thereon by me with VICKY SCHNEIDER as **SPOUSE** and informing said person of the contents therein.

I am over the age of 18 and have no interest in the above action.

*Paul Wheeler* (signature)
**Paul Wheeler**
Process Server

**LEGAL EASE OF OHIO LLC**
**407 Vine Street**
**Suite 102**
**Cincinnati, OH 45202**
**(513) 621-1017**
Our Job Serial Number: 2003001517
Ref: Cadet

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

JEAN-ROBERT CADET

V.

MADEIRA CITY SCHOOL DISTRICT, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] C-1-01-131

TO: Richard Schneider
6288 Branch Hill-Miamiville Road
Loveland, Ohio 45111

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court Southern District of Ohio Western Division<br>Potter Stewart Courthouse<br>100 East Fifth Street, Cincinnati, Ohio 45202 | Judge Timothy Hogan |
|  | DATE AND TIME |
|  | October 6 and 7, 2003 at 9:00 a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | September 19, 2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

W. Kelly Lindrigan, Attorney for Plaintiff
225 West Court Street, Cincinnati, Ohio 45202 (513)721-5525

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Ohio

**ORIGINAL**

FILED
KENNETH J. MURPHY
CLERK

03 SEP 26 PM 2:48

Case Number: C-1-01-131

**Plaintiff:**
**Jean-Robert Cadet**

vs.

**Defendant:**
**Madeira City School District, et al.**

For:
W. Kelly Lindrigan
Manley, Burke
225 West Court Street
Cincinnati, OH 45202

Received by LEGAL EASE OF OHIO LLC on the 23rd day of September, 2003 at 12:50 pm to be served on **MARTIN STRIFLER, 1163 Eagle Ridge, Milford, OH 45150**.

I, Paul Wheeler, do hereby affirm that on the **24th day of September, 2003 at 8:15 pm, I:**

**Individually Served** the within named person with a true copy of the **Subpoena in a Civil Case** with the date and hour endorsed thereon by me, pursuant to state statutes.

I am over the age of 18 and have no interest in the above action.

*Paul Wheeler*
Paul Wheeler
Process Server

**LEGAL EASE OF OHIO LLC**
**407 Vine Street**
**Suite 102**
**Cincinnati, OH 45202**
**(513) 621-1017**
Our Job Serial Number: 2003001519
Ref: Cadet

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

JEAN-ROBERT CADET

V.

MADEIRA CITY SCHOOL DISTRICT, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] C-1-01-131

TO: Martin Strifler
1163 Eagle Ridge
Milford, Ohio 45150

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court Southern District of Ohio Western Division<br>Potter Stewart Courthouse<br>100 East Fifth Street, Cincinnati, Ohio 45202 | Judge Timothy Hogan |
| | DATE AND TIME |
| | October 6 thru 8, 2003 at 9:00 a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature] W.K. Lindrigan* | September 19, 2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

W. Kelly Lindrigan, Attorney for Plaintiff
225 West Court Street, Cincinnati, Ohio 45202 (513)721-5525

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.