# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Jean-Robert Cadet,
    Plaintiff,

v.

Maderia City School, et al.,
    Defendants.

Case No. C-1-01-131
(Hogan, M.J.)

FILED
KENNETH J. MURPHY, CLERK
2003 OCT -7 PM 4:42
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

### Civil Minutes
### Jury Trial (Day 2)
### before the

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Linda Smith/Karen Litkovitz
**COURT REPORTER:** Spangler Reporting, Lisa Conley (AM) / Julie Weifer, Off Ct Rptr (PM)
**DATE:** October 7, 2003      **TIME:** 9:00 am

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| William K. Laurdrigan | Gary Winter |
| Rhonda Frey | Bernard Wheaton |

## WITNESSES

Philip K. Way
Jean-Robert Cadet - cont'd

## PROCEDURES

✓ Counsel present
___ Plaintiff admits exhibits
___ Defendant moves for Rule 50 Motion
___ Defendant calls witnesses or continues
___ Defendant rests
___ Judge Grants/Denies Rule 50 Motion
___ No rebuttal
___ Jury charged
___ Jury deliberates and returns a verdict.

✓ Plaintiff calls witnesses or continues
___ Plaintiff rests
___ Judge Grants/Denies Rule 50 Motion
___ Defendant admits exhibits
___ Defendant renews Rule 50 Motion
___ Plaintiff's rebuttal
___ Jury Charge conference held
___ Closing Arguments

Court adjourned (or in recess) until 10/8/03 @ 9am.

Remarks: