**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

FILED
KENNETH J. MURPHY
CLERK

2003 OCT -8 PM 4:59

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Jean-Robert Cadet,
    Plaintiff,

v.                                                  Case No. C-1-01-131
                                                      (Hogan, M.J.)

Maderia City School, et al..
    Defendants.

## Civil Minutes
### Jury Trial (Day 3)
### before the

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Linda Smith/Karen Litkovitz
**COURT REPORTER:** Spangler Reporting, Lisa Conley
**DATE:** October 8, 2003         **TIME:** 9:00 am

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| William Laundrigan | Gary Winter |
| Rhonda Frey | Bernard Wharton |

### WITNESSES

Jean-Robert Cadet - cont'd cross
Kay Flonarty
Ronald Schneider
Cynthia N. Cadet

### PROCEDURES

| | |
|---|---|
| ✓ Counsel present | ✓ Plaintiff calls witnesses or continues |
| ___ Plaintiff admits exhibits | ___ Plaintiff rests |
| ___ Defendant moves for Rule 50 Motion | ___ Judge Grants/Denies Rule 50 Motion |
| ___ Defendant calls witnesses or continues | ___ Defendant admits exhibits |
| ___ Defendant rests | ___ Defendant renews Rule 50 Motion |
| ___ Judge Grants/Denies Rule 50 Motion | ___ Plaintiff's rebuttal |
| ___ No rebuttal | ___ Jury Charge conference held |
| ___ Jury charged | ___ Closing Arguments |
| ___ Jury deliberates and returns a verdict. | |

Court adjourned or in recess until  10/9/03 @ 9am.

Remarks: