**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Jean-Robert Cadet,
    Plaintiff,

v.                              Case No.  C-1-01-131
                                  (Hogan, M.J.)

Maderia City School, et al..
    Defendants.

**Civil Minutes**
Jury Trial (Day 4)
before the

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

FILED 2003 OCT -9 PM 4:51 KENNETH J. MURPHY

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Linda Smith/Karen Litkovitz
**COURT REPORTER:** Spangler Reporting, Brittany Fisher
**DATE:**  October 9, 2003            **TIME:** 9:00 am

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| William Lourdrigan | Gary Winters |
| Rhonda Frey | Bernard Wharton |

**WITNESSES**

| | |
|---|---|
| Cynthia N. Cadet - cont'd | Elizabeth Vaccari |
| | Jennie Beyersdorfer |
| | Clare Sterk |
| | Allison Shuy |
| | Martin Strifler |
| | Christopher Mate |

**PROCEDURES**

✓ Counsel present                    ✓ Plaintiff calls witnesses (or continues)
✓ Plaintiff admits exhibits            ✓ Plaintiff rests
✓ Defendant moves for Rule 50 Motion      ✓ Judge (Grants/Denies) Rule 50 Motion
✓ Defendant (calls witnesses) or continues       ___ Defendant admits exhibits
___ Defendant rests                     ___ Defendant renews Rule 50 Motion
___ Judge Grants/Denies Rule 50 Motion     ___ Plaintiff's rebuttal
___ No rebuttal                           ___ Jury Charge conference held
___ Jury charged                         ___ Closing Arguments
___ Jury deliberates and returns a verdict.

Court adjourned or (in recess) until  10/10/03 @ 9am .

Remarks: