# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Jean-Robert Cadet,
    Plaintiff,

v.

Maderia City School, et al..
    Defendants.

Case No. C-1-01-131
(Hogan, M.J.)

## Civil Minutes
### Jury Trial (Day 5)
### before the

### HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE

FILED 2003 OCT 10 PM 3:21 KENNETH J. MURPHY

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Linda Smith/Karen Litkovitz
**COURT REPORTER:** Spangler Reporting, Brittany Fisher
**DATE:** October 10, 2003      **TIME:** 9:00 am

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| William Lounsdagen | Gary Winters |
| Rhonda Frey | Bernard Wharton |

## WITNESSES

- CHRIS MATE continued
- PAUL IMHOFF
- Dr. Michele Hummel

## PROCEDURES

- ___ Counsel present
- ___ Plaintiff admits exhibits
- ___ Defendant moves for Rule 50 Motion
- ✓ Defendant calls witnesses or continues
- ✓ Defendant rests
- ✓ Judge Grants/Denies Rule 50 Motion
- ✓ No rebuttal
- ___ Jury charged
- ___ Jury deliberates and returns a verdict.

- ___ Plaintiff calls witnesses or continues
- ___ Plaintiff rests
- ___ Judge Grants/Denies Rule 50 Motion
- ✓ Defendant admits exhibits
- ✓ Defendant renews Rule 50 Motion
- ___ Plaintiff's rebuttal
- ✓ Jury Charge conference held
- ___ Closing Arguments

Court adjourned or (in recess) until 10/14/03 @ 9am.

Remarks: