**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Jean-Robert Cadet,
    Plaintiff,

v.

Maderia City School, et al.,
    Defendants.

Case No. C-1-01-131
(Hogan, M.J.)

**Civil Minutes
Jury Trial (Day 6)
before the**

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Linda Smith/Karen Litkovitz
**COURT REPORTER:** Giglio Reporting Services, Pam Giglio
**DATE:** October 14, 2003     **TIME:** 9:00 am

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| William Laundrigan | Gary Winters |
| Rhonda Frey | Bernard Wharton |

**WITNESSES**

**PROCEDURES**

- ✓ Counsel present
- ___ Plaintiff admits exhibits
- ___ Defendant moves for Rule 50 Motion
- ___ Defendant calls witnesses or continues
- ___ Defendant rests
- ___ Judge Grants/Denies Rule 50 Motion
- ___ No rebuttal
- ✓ Jury charged
- ✓ Jury deliberates and returns a verdict.

- ___ Plaintiff calls witnesses or continues
- ___ Plaintiff rests
- ___ Judge Grants/Denies Rule 50 Motion
- ___ Defendant admits exhibits
- ___ Defendant renews Rule 50 Motion
- ___ Plaintiff's rebuttal
- ___ Jury Charge conference held
- ✓ Closing Arguments

Court adjourned or in recess until 10/15/03 @ 9am.

Remarks: π's ex 73 offered by Δ; π obj's; ex renumbered to D's ex 29 (Portion of Faculty Handbook) Lunch provided to jury; order to follow. Exhibit List attached.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**WITNESS/EXHIBIT LIST attached
for a Jury Trial
beginning October 6, 2003, and ending October 14, 2003,
before Magistrate Judge Hogan**

Jean-Robert Cadet,
    Plaintiff,

v.                                          Case No.  C-1-01-131
                                               (Hogan, M.J.)

Maderia City School, et al.,
    Defendants.

| Caption | | | | | | Docket Number |
|---|---|---|---|---|---|---|
| Jean-Robert Cadet v. Maderia City School, et al. | | | | | | C-1-01-131 |

| Plaintiff's Attorney | Defendant's Attorney | Trial Dayte(s) |
|---|---|---|
| William Laundrigan<br>Rhonda Frey | Gary Winters<br>Bernard Wharton | October 6, 2003 |

| Presiding Judge | Courtroom Deputy | Court Reporter Name & Date(s) |
|---|---|---|
| Timothy S. Hogan | Barbara Crum | Lisa Conley, Spangler Reporting, 10/6, 7 (AM), 8/2003<br>Julie Wolfer, Official Court Reporter, 10/7/2003 PM<br>Brittany Fisher, Spangler Reporting, 10/9 & 10/2003 |

| Plf. # | Def.# | Date Shown | Offered | Admitted | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| 6 | | 10/6 | X | X | Mate/Laundrigan | Performance Evaluation of Jean Cadet, 1/1997 |
| 7 | | 10/6 | X | X | Mate/Laundrigan | Performance Evaluation of Jean Cadet, 3/1997 |
| 8 | | 10/6 | X | X | Mate/Laundrigan | Performance Evaluation of Jean Cadet, 12/1997 & 1/1998 |
| 9 | | 10/6 | X | X | Mate/Laundrigan | Performance Evaluation of Jean Cadet, 1/1998 |
| 10 | | 10/6 | X | X | Mate/Laundrigan | Performance Evaluation of Jean Cadet, 10, 12/1998 & 1/1999 |
| 11 | | 10/6 | X | X | Mate/Laundrigan | Performance Evaluation of Jean Cadet, 3, 4/1999 |
| 12 | | 10/6 | X | X | Mate/Laundrigan | Performance Evaluation of Jean Cadet, 12/1999 & 1/2000 |
| | | 10/6 | | | Mate/Laundrigan | Mate Depo Page 151 |
| 13 | | 10/6 | X | X | Mate/Laundrigan | Memorandum from Imhoff to Cadet, 2/18/2000 |
| 14 | | 10/6 | X | X | Mate/Laundrigan | Supplemental Contract for Kay Fluharty |
| 15 | | 10/6 | X | X | Mate/Laundrigan | Supplemental Contract for Richard Schneider |
| 1 | | 10/6 | X | X | Cadet/Laundrigan | Copy of Teaching Certificates for Jean Cadet |
| 33 | | 10/6 | X | X | Cadet/Laundrigan | Teachers Limited Contract with Jean-Robert Cadet, 8/1996, between the Board of Education of Madeira City School District and Jean-Robert Cadet |
| | | 10/6 | | | Cadet/Laundrigan | French III text book |
| 69 | | 10/6 | X | X | Cadet/Laundrigan | Discovering French Rouge (Little Book) Pgs 43, 46, 48, 5, 121, 330, 332 |
| 30 | | 10/7 | X | X | Way/Laundrigan | Resume of Philip K. Way, Ph.D. |
| 31 | | 10/7 | X | X | Way/Laundrigan/Winters | Report of Philip K. Way, Ph.D. |
| 3 | | 10/7 | X | X | Cadet/Laundrigan | Quest Book **(Front Page Only)** |
| 4 | | 10/7 | X | X | Cadet/Laundrigan | Quest Curriculum Manual **(Front Page Only)** |
| 38 | | 10/7 | X | X | Cadet/Laundrigan | Newspaper article from the *Cincinnati Enquirer*, 5/15/1998 |
| 5 | | 10/7 | X | X | Cadet/Laundrigan | Students results by level and division for French competition, 1999 |
| 14 | | 10/7 | X | X | Cadet/Laundrigan | Supplemental contract of Kay Fluharty |
| 15 | | 10/7 | X | X | Cadet/Laundrigan | Supplemental contract of Richard Schneider |
| 33 | | 10/7 | X | X | Cadet/Laundrigan | Teachers Limited Contract with Jean-Robert Cadet, 8/1996, between the Board of Education of Madeira City School District and Jean-Robert Cadet |

| Caption | | | | | | Docket Number |
|---|---|---|---|---|---|---|
| Jean-Robert Cadet v. Madeira City School, et al. | | | | | | C-1-01-131 |

| Plf. # | Def. # | Date Shown | Offered | Admitted | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| 34 | | 10/7 | X | X | Cadet Laundrigan | Teachers Limited Contract between Jean-Robert Cadet and Madeira City School District, 6/1997 |
| 35 | | 10/7 | X | X | Cadet/Laundrigan | Teachers Limited Contract between Jean-Robert Cadet and the Madeira City School District, 5/1998 |
| 36 | | 10/7 | NOT OFFERED | | Cadet/Laundrigan | Letter to Dr. Hummel, Superintendent, from Nick and Betty Andrews, 2/1998 |
| 71 | | 10/7 | X | X | Cadet/Laundrigan | French quizzes of Juliette Sineway and Corinne Gunther |
| 13 | | 10/7 | X | X | Cadet/Laundrigan | Memorandum from Imhoff to Cadet, 2/18/2000 |
| 74 | | 10/7 | X | X | Cadet/Laundrigan | A tape recording of a voice mail received by Cadet at his desk |
| 12 | | 10/7 | X | X | Cadet/Laundrigan | Performance Evaluation of Jean Cadet, 12/1999 & 1/2000 |
| 2 | | 10/7 | X | X | Cadet/Laundrigan | Salary Notice for Jean-Robert Cadet for 1999 to 2000 school year |
| 51 | | 10/7 | X | X | Cadet/Laundrigan | Letter to Michele Hummel from Jean-Robert Cadet, 2/21/2000 |
| | | 10/7 | | | Cadet/Winters | Cadet Depo, Page 92 (Ohio Civil Rights Commission Document, Ex 4 to Depo) |
| | | 10/7 | | | Cadet/Winters | Cadet Depo, Page 183, Ln 13; Page 282; Page 208; Page 114, Ln 11; Page 205, Ln 9; Page 273; Page 137, Ln 1; Page 145, Ln 5; Page 153, Ln 10; Page 168, Ln 17; Page 171, Ln 23; Page 96, Ln 6; Page 100, Ln 4; Page 251, Ln 8; |
| | 8 | 10/7 | | | Cadet/Winters | Jean-Robert Cadet - Job Targets 1999-2000 |
| | | 10/8 | | | Cadet/Winters | Cadet Depo, Page 105, Ln 5; Page 206, Ln 18; Page 190, Ln 14; Page 64, Ln 3 |
| | 11 | 10/8 | | | Cadet/Winters | Memo from P. Imhoff to J. Cadet, 2/18/2000 |
| 73 | | 10/8 | NOT OFFERED | | Cadet/Winters | Faculty Handbook of Madeira City Schools, 2003-04 |
| | | 10/8 | | | Cadet/Laundrigan | Page 251, 252; Page 161 |
| 13 | | 10/8 | X | X | Cadet/Laundrigan | Memorandum from Imhoff to Cadet, 2/18/2000 |
| 14 | | 10/8 | X | X | Fluharty/Laundrigan | Supplemental Contract for Kay Fluharty |
| | | 10/8 | | | Fluharty/Laundrigan | Fluharty Depo, Page 32 |
| 13 | | 10/8 | X | X | Fluharty/Laundrigan | Memorandum from Imhoff to Cadet, 2/18/2000 |
| 15 | | 10/8 | X | X | Schneider/Frey | Supplemental Contract for Richard Schneider |
| 72 | | 10/8 | NOT OFFERED | | Cadet, C./Frey | Article entitled *Teachers Gone Wild* |
| 62 | | 10/8 | X | X | Cadet, C./Frey | Memo to Dr. Hummel from Cindy Cadet re: lawsuit and related incidents, 3/9/2001 |
| | | 10/8 | | | Cadet, C./Winters | Cadet, C., Depo Page 17, Ln 18; Page 47, Ln 7; Page 49, Ln 23; Page 52, Ln 10; Page 53, Ln 18 |

| Caption | | | | | | Docket Number |
|---|---|---|---|---|---|---|
| Jean-Robert Cadet v. Madeira City School, et al. | | | | | | C-1-01-131 |

| Plf. # | Def.# | Date Shown | Offered | Admitted | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| | | | | | | Plaintiff offers exhibits 1-15, 30, 31, 33-35, 38, 41, 42, 51, 62, 69, 71, 74; Defendant objects to exhibits 3, 4, 30, 31; All offered exhibits are admitted; exhibits 3 & 4 shall be the front cover of the material; Plaintiff rests |
| 72 | | 10/9 | | | Vaccari/Laundrigan | Article entitled *Teachers Gone Wild* |
| | 26 | 10/9 | NOT ADMITTED | | Beyersdorer/Wharton/Laundrigan | Letter from Jamie Beyersdorfer to Chris Mate, 6/2001 |
| 72 | | 10/9 | | | Shaw/Laundrigan | Article entitled *Teachers Gone Wild* |
| 8 | | 10/9 | | | Strifler/Wharton | Performance evaluation of Jean Cadet 12/1997 & 1/1998 |
| 9 | | 10/9 | | | Strifler/Wharton/Frey | Performance evaluation of Jean Cadet 4/1 & 20/1998 |
| 6 | | 10/9 | | | Strifler/Frey | Performance evaluation of Jean Cadet 1/1997 |
| | | 10/9 | | | Strifler/Frey | Strifler Depo Page 56, Ln 7 |
| | 2 | 10/9 | X | X | Mate/Wharton | Madeira Board of Education Policy concerning harassment, approved 4/6/1992, Revised 11/15/1999 |
| | 3 | 10/9 | X | X | Mate/Wharton | Madeira Jr & Sr High School Student and parent Handbook, Revised 7/1999 |
| | 7 | 10/9 | X | X | Mate/Wharton | Memo from Chris Mate Jean Cadet, 10/27/1999 |
| | 8 | 10/9 | X | X | Mate/Wharton | Jean Cadet Job Targets 1999-2000 |
| | 10 | 10/9 | X | X | Mate/Wharton | Follow-up Conference report of Classroom Visit, 1/6/2000 |
| | 11 | 10/9 | X | X | Mate/Wharton | Memo from Paul Imhoff to Jean cadet, 2/18/2000 |
| | 15 | 10/9 | X | X | Mate/Wharton | Memo from Dr. Hummel to Chris Mate and Paul Imhof, 2/22/2000 |
| | 17 | 10/9 | X | X | Mate/Wharton | Memo from Chris Mate to John Mauch, 2/23/2000 |
| | 18 | 10/9 | X | X | Mate/Wharton | Memo from Chris Mate to Plaintiff, 2/24/2000 |
| | 19 | 10/9 | X | X | Mate/Wharton | Memo from Chris Mate to High School teachers, 3/3/2000 |
| | 20 | 10/9 | X | X | Mate/Wharton | Memo from Dr. Hummel to Jr./Sr. High school Staff, 3/6/2000 |
| 72 | | 10/10 | | | Mate Wharton | Article entitled *Teachers Gone Wild* |
| 45 | | 10/10 | | | Mate/Laundrigan | Affidavit dated 11/16/2000 |
| 40 | | 10/10 | | | Mate/Laundrigan | Notes by Chris Mate |
| 13 | | 10/10 | | | Imhoff/Laundrigan | Memo from Imhoff dated 2/11/2000 |
| | 2 | 10/10 | X | X | Imhoff/Laundrigan | Policy of Madeira Board |
| 35 | | 10/10 | | | Hummel/Winters | Teachers Contract |
| 14 | | 10/10 | | | Hummel/Winters | Supplemental Contract of Kay Fluharty |
| 15 | | 10/10 | | | Hummel/Winters | Supplemental Contract of Richard Schnieder |
| 73 | 29 | 10/10 | X | X | Hummel/Winters | Faculty Handbook **(Exhibit renumbered to Dft's ex 29)** |

Caption: Jean-Robert Cadet v. Madeira City School, et al.
Case 1:01-cv-00131-TSH   Document 71   Filed 10/14/2003   Page 6 of 6
Docket Number: C-1-01-131

| Plf. # | Def.# | Date Shown | Offered | Admitted | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
|  | 9 | 10/10 | X | X | Hummel/Winters | Performance Evaluatio of Jean Cadet, 4/1 & 20/1998 |
|  | 13 | 10/10 | X | X | Hummel/Winters | Plaintiff's Letter to Dr. Hummel, 2/21/2000 |
|  | 15 | 10/10 | X | X | Hummel/Winters | Memo to Dr. Hummel to Chris mate and Paul Imhoff, 2/22/2000 |
|  | 17 | 10/10 | X | X | Hummel/Winters | Memo from Chris Mate to John Mauch, 2/23/2000 |
|  | 18 | 10/10 | X | X | Hummel/Winters | Memo from Chris Mate to Plaintiff, 2/24/2000 |
|  | 19 | 10/10 | X | X | Hummel/Winters | Memo from Chris Mate to high School Teachers, 3/3/2000 |
|  | 20 | 10/10 | X | X | Hummel/Winters | Memo from Dr. Hummelto Jr./Sr. High School Staff, 3/6/2000 |
|  | 16 | 10/10 | X | X | Hummel/Winters | Letter from Dr. Hummel to Plaintiff, 2/22/2000 |
|  | 3 | 10/10 | X | X | Hummel/Winters | Madeira Jr./Sr. High School Student and Parent Handbook Revised July 1999 |
|  |  |  |  |  |  | Defendants' exhibits 2, 3, 7-11, 13, 15-20, & 26 offfered; Plaintiff objects to Exhibit 26; Exhibit 26 will not be admitted; All other exhibits admitted. Defendants rest. |
|  |  |  |  |  |  | Defendant offers Plaintiff's exhibit 73; Plaintiff objections; Defendant renumbers Exhibit 73 to Defendant's exhibit 29; Exhibit 29 to be admitted. |