IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jean-Robert Cadet,
    Plaintiff,

vs.

Case Number C-1-01-131
(Hogan, MJ)

Madeira City School, et al.,
    Defendants.

ORDER

Meals were provided for Jurors while deliberating in the above captioned case. The cost of this expenditure shall be paid by the Clerk for the United States District Court for the Southern District of Ohio.

It is so Ordered, this 14th day of October, 2003.

_____
TIMOTHY S. HOGAN
U.S. Magistrate Judge