# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Jean-Robert Cadet,
    Plaintiff,

v.

Maderia City School, et al..
    Defendants.

Case No. C-1-01-131
(Hogan, M.J.)

### Civil Minutes
### Jury Trial (Day 7)
### before the

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

FILED KENNETH J. MURPHY 2003 OCT 15 PM 1:47

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Linda Smith/Karen Litkovitz
**COURT REPORTER:** _Julie Wolfer, Off. Ct Rptr_
**DATE:** October 15, 2003      **TIME:** 1:30 - 1:45pm

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| William Laurdngen | Gary Winters |
|  | Bernard Wharton |

## WITNESSES

## PROCEDURES

\_\_\_\_ Counsel present
\_\_\_\_ Plaintiff admits exhibits
\_\_\_\_ Defendant moves for Rule 50 Motion
\_\_\_\_ Defendant calls witnesses or continues
\_\_\_\_ Defendant rests
\_\_\_\_ Judge Grants/Denies Rule 50 Motion
\_\_\_\_ No rebuttal
\_\_\_\_ Jury charged
**✓** Jury deliberates and returns a verdict.

\_\_\_\_ Plaintiff calls witnesses or continues
\_\_\_\_ Plaintiff rests
\_\_\_\_ Judge Grants/Denies Rule 50 Motion
\_\_\_\_ Defendant admits exhibits
\_\_\_\_ Defendant renews Rule 50 Motion
\_\_\_\_ Plaintiff's rebuttal
\_\_\_\_ Jury Charge conference held
\_\_\_\_ Closing Arguments

Court **adjourned** or in recess until _____.

**Remarks:** Lunch provided to Jury; order to follow.