# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**JEAN-ROBERT CADET,**
    **PLAINTIFF**

**CASE NO. C-1-01-131**
(HOGAN, M.J.)

**VS.**

**MADEIRA CITY SCHOOL DISTRICT et. al.,**
    **DEFENDANTS**

## SPECIAL INTERROGATORIES

### Racial Harassment/Hostile Environment

1) Has the Plaintiff proven, by the preponderance or greater weight of the evidence that he was subjected to unwelcome harassment?

   Yes ✓      No _____

If your answer to this Interrogatory is Yes, proceed to Interrogatory No. 2.
If your answer to this interrogatory is No, go to Interrogatory No. 7.

2) Has the Plaintiff proven, by the preponderance or greater weight of the evidence that, but for his race, he would not have been the object of harassment?

   Yes ✓      No _____

If your answer to this Interrogatory is Yes, proceed to Interrogatory No. 3.
If your answer to this interrogatory is No, go to Interrogatory No. 7.

40

3. Has the Plaintiff proven, by the preponderance or greater weight of the evidence that the harassment unreasonably interfered with the terms and conditions of his employment?

   Yes _____    No ___✓_____

If your answer to this Interrogatory is Yes, proceed to Interrogatory No. 4.
If your answer to this interrogatory is No, go to Interrogatory No. 7.

4. Has the Plaintiff proven, by the preponderance or greater weight of the evidence that the harassment created a work environment that was both objectively and subjectively hostile or abusive?

   Yes _____    No _____

If your answer to this Interrogatory is Yes, proceed to Interrogatory No. 5.
If your answer to this interrogatory is No, go to Interrogatory No. 7.

5. Has the Plaintiff proven, by the preponderance or greater weight of the evidence that defendants knew or should have known of the racial harassment and failed to implement prompt and appropriate corrective action?

   Yes _____    No _____

If your answer to this Interrogatory is Yes, proceed to Interrogatory No. 6.
If your answer to this interrogatory is No, go to Interrogatory No. 7.

6. Has the Plaintiff proven, by a preponderance or greater weight of the evidence that the corrective action implemented by defendants exhibited such indifference as to indicate an attitude of permissiveness that amounts to discrimination?

   Yes _____    No _____

Go to Interrogatory No. 7.

41

## Race Discrimination/ Disparate Treatment

7. Has the Plaintiff proven, by the preponderance or greater weight of the evidence, that defendant Board intentionally discriminated against him on the basis of his race?

   Yes _____        No ___✓___

Go to Interrogatory No. 8.

8. Has the Plaintiff proven, by the preponderance or greater weight of the evidence, that defendant Mate intentionally discriminated against him on the basis of his race?

   Yes _____        No ___✓___

Go to Interrogatory No. 9.

9. Has the Plaintiff proven, by the preponderance or greater weight of the evidence, that Defendant Imhoff intentionally discriminated against him on the basis of his race?

   Yes _____        No ___✓___

Go to Interrogatory No. 10.

10. Has the Plaintiff proven, by the preponderance or greater weight of the evidence, that Defendant Board retaliated against him for complaining of discrimination?

    Yes _____        No ___✓___

Go to Interrogatory No. 11.

11. Has the Plaintiff proven, by the preponderance or greater weight of the evidence, that Defendant Mate retaliated against him for complaining of discrimination?

Yes _____          No____✓____

Go to Interrogatory No. 12.

12. Has the Plaintiff proven, by the preponderance or greater weight of the evidence, that Defendant Imhoff retaliated against him for complaining of discrimination?

Yes _____          No____✓____

Go to Interrogatory No. 13.

13. What amount, if any, do you award Plaintiff for back Pay?

$ _____0_____

Go to Interrogatory No. 14.

14. What amount, if any, do you award Plaintiff for Front Pay?

$ _____0_____

Go to Interrogatory No. 15.

15. What amount, if any, do you award Plaintiff for Compensatory Damages?

$ _____0_____

Please Sign the Verdict Form and inform the Courtroom Deputy that you have reached a verdict.

43

**ALL JURORS MUST SIGN THE VERDICT**

_[signature]_     _[signature: Debbie A. Hall]_

_[signature]_     _[signature: Jerry R. Frech]_

_[signature: Karl Stevens]_     _[signature]_

_[signature: Kathy Evans]_

Date: 10/15/03

Foreperson: _[signature]_