# United States District Court
# Southern District of Ohio
# Western Division

JUDGMENT IN A CIVIL CASE

Jean-Robert Cadet,
    Plaintiff,

v.                                    Case No. C-1-01-131
                                      (Hogan, M.J.)

Madeira City Schools, et al.,
    Defendants.


__X__ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    The Jury has reached verdict decision in the above captioned matter in favor of the defendant.


| | |
|---|---|
| 10/23/2003 | KENNETH J. MURPHY, JR. |
| DATE | Clerk |
| | |
| | S/Barbara A. Crum |
| | BARBARA A. CRUM |
| | Courtroom Deputy |