**McCaslin, Imbus & McCaslin**
632 Vine St. • Suite 900 • Cincinnati, Ohio 45202-2442 USA

THE NORTHSIDE BANK & TRUST CO
Cincinnati, Ohio

13-55 / 420  21

037538

| DATE 10/1/03 | CK # | AMOUNT |

~~9/30/03~~
10/01/03    37538    $*******48.64

PAY    $*** FORTY-EIGHT DOLLARS AND SIXTY-FOUR CENTS *************************

TO THE ORDER OF    Allison Shaw

McCASLIN, IMBUS & McCASLIN

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE

---

McCASLIN, IMBUS & McCASLIN

| INVOICE DATE | INVOICE NO | | Shaw, Allison |

| 10/01/03 | 100103 | | |
|          | 010318 | | 48.64 |

| DATE | CHECK # | AMOUNT | TAX | NET |
|---|---|---|---|---|
| 10/01/03 | 37538 | 48.64 | 0.00 | 48.64 |





**McCaslin, Imbus & McCaslin**
632 Vine St. • Suite 900 • Cincinnati, Ohio 45202-2442 USA

THE NORTHSIDE BANK & TRUST CO.
Cincinnati, Ohio
13-55/420

037540

DATE 10/1/03   CK#   AMOUNT
9/30/03
10/01/03   37540   $*******79.60

PAY   $*** SEVENTY-NINE DOLLARS AND SIXTY CENTS ********************************

TO THE ORDER OF   Jamie Beyersdorfer

McCASLIN, IMBUS & McCASLIN
**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE

---

McCASLIN, IMBUS & McCASLIN

| INVOICE DATE | INVOICE NO. | | |
|---|---|---|---|
| 10/01/03 100103 | | | 79.60 |
| 010318 | | | |

| DATE | CHECK # | | | |
|---|---|---|---|---|
| 10/01/03 | 37540 | 79.60 | 0.00 | 79.60 |



**McCaslin, Imbus & McCaslin**
632 Vine St. • Suite 900 • Cincinnati, Ohio 45202-2442 USA

THE NORTHSIDE BANK & TRUST CO
Cincinnati, Ohio

13-55 / 420   21

037541

DATE 10/1/03   CK # 37541   AMOUNT $*******44.68

~~10/01/03~~  9/30/03

PAY  $*** FORTY-FOUR DOLLARS AND SIXTY-EIGHT CENTS ***************************

TO THE ORDER OF  Elizabeth Vaccari

McCASLIN, IMBUS & McCASLIN

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE

---

**McCASLIN, IMBUS & McCASLIN**

| INVOICE DATE | INVOICE # | | | | |
|---|---|---|---|---|---|
| 10/01/03 | 100103 | | | | 44.68 |
|  | 010318 | | | | |

| DATE | CHECK # | | | | |
|---|---|---|---|---|---|
| 10/01/03 | 37541 | 44.68 | | 0.00 | 44.68 |



 

**Merit.**
LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542

Job #: 020321MC
Job Date: 03/21/2002
Order Date: 03/21/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Madeira City Schools

Invoice #: 19118
Inv.Date: 03/18/2002
Balance: $40.00

Bill To:
R. Gary Winters, ESQ
McCaslin Imbus & McCaslin
900 Provident Bank Building
632 Vine Street
Cincinnati, OH 45202

Action: Cadet
vs
Madeira Schools
Action #:
Rep: Monica C. Cann
Cert:

| Cindy Cadet | Subpoenas Service and Mileage | $0.00 | $40.00 |
|---|---|---|---|

PAID APR 2 5 2002

016318

Comments:

Balances over 15 days may be subject to Finance Chg. @ 1.5%

Terms: Net 15 Days.

| | |
|---|---|
| Sub Total | $40.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $40.00 |
| Payment | $0.00 |
| Balance Due | $40.00 |

Please KEEP THIS PART for YOUR RECORDS.