# Merit
LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542




Job #: 020129LL1
Job Date: 01/29/2002
Order Date: 01/29/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Madeira Schools

Invoice #: 18916
Inv.Date: 02/11/2002
Balance: $374.60

**Bill To:**
R. Gary Winters, ESQ
McCaslin Imbus & McCaslin
900 Provident Bank Building
632 Vine Street
Cincinnati, OH 45202

Action: Cadet
vs
Madeira Schools
Action #:
Rep: Luke Lavin
Cert:

01/03/18

| | | | |
|---|---|---|---|
| Christopher J. Mate | Copy of Transcript | $19.00 | $361.00 |
| Christopher J. Mate | Condensed Transcript | $0.00 | $0.00 |
| Christopher J. Mate | Photocopy of exhibits | $0.00 | $13.60 |

PAID  MAR 2 6 2002

Comments:

Balances over 15 days may be subject to Finance Chg. @ 1.5%

Terms: Net 15 Days.

| | |
|---|---|
| Sub Total | $374.60 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $374.60 |
| Payment | $0.00 |
| **Balance Due** | $374.60 |

Please KEEP THIS PART for YOUR RECORDS.



**Merit.**
LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542





Job #: 020228LL1
Job Date: 02/28/2002
Order Date: 02/28/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Madeira City Schools

Invoice #: 19067
Inv.Date: 03/06/2002
Balance: $305.60

**Bill To:**
R. Gary Winters, ESQ
McCaslin Imbus & McCaslin
900 Provident Bank Building
632 Vine Street
Cincinnati, OH 45202

Action: Cadet
vs
Madeira Schools
Action #:
Rep: Luke Lavin
Cert:

Michele W. Hummell
Michele W. Hummell
Michele W. Hummell

Copy of Transcript         $15.60    $296.40
Condensed Transcript       $0.00     $0.00
Photocopy of exhibits      $0.00     $9.20

PAID APR 2 5 2002

010318

**Comments:**
YOUR DISCOUNT LEVEL IS NOW AT 5%, YOU HAVE SAVED $15.60

Balances over 15 days may be subject to Finance Chg. @ 1.5%

Terms: Net 15 Days.

Please KEEP THIS PART for YOUR RECORDS.

Sub Total     $305.60
Shipping      $0.00
Tax           N/A
**Total Invoice**  $305.60
Payment       $0.00
**Balance Due**   $305.60



**Merit.**
LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542



Job #: 020318LL2
Job Date: 03/18/2002
Order Date: 03/18/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Madeira City Schools

Rebill Date: 05/15/2002
Invoice #: 19156
Inv. Date: 03/26/2002
Balance: $213.60

**Bill To:**
R. Gary Winters, ESQ
McCaslin Imbus & McCaslin
900 Provident Bank Building
632 Vine Street
Cincinnati, OH 45202

Action: Cadet
vs
Madeira Schools
Action #:
Rep: Luke Lavin
Cert:

| | Description | | Rate | Amount |
|---|---|---|---|---|
| Paul W. Imhoff | Copy of Transcript | | $10.80 | $205.20 |
| Paul W. Imhoff | Condensed Transcript | | $0.00 | $0.00 |
| Paul W. Imhoff | Photocopy of exhibits | | $0.00 | $8.40 |

PAID MAY 2 ? 2002

010318

**Comments:**
YOUR DISCOUNT LEVEL IS NOW AT 5%, YOU HAVE SAVED $10.80

This Invoice is Past Due. Please Pay Immediately.

| | | |
|---|---|---|
| Sub Total | | $213.60 |
| Tax | | N/A |
| **Total Invoice** | | $213.60 |
| Finance Charge | | $0.00 |
| Payment | | $0.00 |
| **Balance Due** | | $213.60 |

Terms: Net 15 Days.

Please KEEP THIS PART for YOUR RECORDS.



**Merit.**
LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542



| | |
|---|---|
| Job #: | 020321LL |
| Job Date: | 03/21/2002 |
| Order Date: | 03/21/2002 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | Madeira City School |

| | |
|---|---|
| Rebill Date: | 05/15/2002 |
| Invoice #: | 19168 |
| Inv. Date: | 03/26/2002 |
| Balance: | $298.49 |

**Bill To:**
R. Gary Winters, ESQ
McCaslin Imbus & McCaslin
900 Provident Bank Building
632 Vine Street
Cincinnati, OH 45202

**Action:** Cadet
vs
Madeira Schools
**Action #:**
**Rep:** Luke Lavin
**Cert:**

| | | | |
|---|---|---|---|
| Cindy N. Cadet | Attendance of Reporter | $5.00 | $95.00 |
| Cindy N. Cadet | Original Transcript | $10.71 | $203.49 |
| Cindy N. Cadet | Condensed Transcript | $0.00 | $0.00 |

PAID MAY 2 2002

010318

**Comments:**
YOUR DISCOUNT LEVEL IS NOW AT 5%, YOU HAVE SAVED $15.71

This Invoice is Past Due. Please Pay Immediately.

**Terms:** Net 15 Days.

| | |
|---|---|
| Sub Total | $298.49 |
| Tax | N/A |
| **Total Invoice** | **$298.49** |
| Finance Charge | $0.00 |
| Payment | $0.00 |
| **Balance Due** | **$298.49** |

Please KEEP THIS PART for YOUR RECORDS.



**Merit.**
LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542



Job #: 02050L11
Job Date: 04/10/2002
Order Date: 04/10/2002
DB Ref.#:
Date of Loss:  /  /
Your File #:
Your Client: Madeira City Schools

**Invoice**

| | |
|---|---|
| Invoice #: | 19346 |
| Inv.Date: | 04/30/2002 |
| Balance: | $178.60 |

**Bill To:**
Bernard W. Wharton, ESQ
McCaslin Imbus & McCaslin
900 Provident Bank Building
632 Vine Street
Cincinnati, OH 45202

Action: **Cadet**
vs
**Madeira Schools**
Action #:
Rep: Luke Lavin
Cert:

| | | | |
|---|---|---|---|
| Kay Fluharty | Copy of Transcript | $5.00 | $95.00 |
| Kay Fluharty | Condensed Transcript | $0.00 | $0.00 |
| Richard Schneider | Copy of Transcript | $4.40 | $83.60 |
| Richard Schneider | Condensed Transcript | $0.00 | $0.00 |

PAID JUN 2 5 2002

010318

**Comments:**
YOUR DISCOUNT LEVEL IS NOW AT 5%, YOU HAVE SAVED $9.40
Balances over 15 days may be subject to Finance Chg. @ 1.5%

Terms: Net 15 Days.

| | |
|---|---|
| Sub Total | $178.60 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $178.60 |
| Payment | $0.00 |
| Balance Due | $178.60 |

Please KEEP THIS PART for YOUR RECORDS.



**Merit.**
LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542



Job #: 0205009LW
Job Date: 05/09/2002
Order Date: 05/09/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Madeira Schools

**Invoice**

Invoice #: 19487
Inv.Date: 05/29/2002
Balance: $114.90

**Bill To:**
Bernard W. Wharton, ESQ
McCaslin Imbus & McCaslin
900 Provident Bank Building
632 Vine Street
Cincinnati, OH 45202

Action: **Cadet**
vs
**Madeira Schools**
Action #:
Rep: Lisa L. Weisenberger
Cert:

| | | | |
|---|---|---|---|
| Martin Strifler | Copy of Transcript | $5.90 | $112.10 |
| Martin Strifler | Condensed Transcript | $0.00 | $0.00 |
| Martin Strifler | Photocopy of exhibits | $0.00 | $2.80 |

01-3.18

**PAID** JUL 3 0 2002

**Comments:**

Balances over 15 days may be subject to Finance Chg. @ 1.5%

Terms: Net 15 Days.

| | |
|---|---|
| Sub Total | $114.90 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$114.90** |
| Payment | $0.00 |
| **Balance Due** | **$114.90** |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.



**Merit.**
LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542

 VISA    MasterCard

Job #: 0215150
Job Date: 05/15/2002
Order Date: 05/15/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Madeira City Schools

Invoice #: 19533
Inv.Date: 06/07/2002
Balance: $28.50

**Bill To:**
Bernard W. Wharton, ESQ
McCaslin Imbus & McCaslin
900 Provident Bank Building
632 Vine Street
Cincinnati, OH 45202

Action: **Cadet**
vs
**Madeira Schools**
Action #:
Rep: **Connie Dupps**
Cert:

| Elizabeth F. Vaccari | Copy of Transcript | $1.50 | $28.50 |
|---|---|---|---|

PAID JUL 30 2002

010318

**Comments:**
YOUR DISCOUNT LEVEL IS NOW AT 5%, YOU HAVE SAVED $1.50

Balances over 15 days may be subject to Finance Chg. @ 1.5%

Terms: Net 15 Days.

| | |
|---|---|
| Sub Total | $28.50 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$28.50** |
| Payment | $0.00 |
| **Balance Due** | **$28.50** |

Please KEEP THIS PART for YOUR RECORDS.

**Merit**
LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 700
Cincinnati, Ohio 45202
(513) 361-8228 • FAX (513) 361-8254
(800) 578-1542

Job #: 011213LL
Job Date: 12/13/2001
Order Date: 12/13/2001
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Madeira City School

**Invoice**

Invoice #: 18735
Inv.Date: 01/02/2002
Balance: $0.00

Bill To:
R. Gary Winters, ESQ
McCaslin Imbus & McCaslin
900 Provident Bank Building
632 Vine Street
Cincinnati, OH 45202

Action: Cadet
vs
Madeira Schools
Action #:
Rep: Luke Lavin
Cert:

| Item | | Disc. Amt | Amount |
|---|---|---|---|
| Jean-Robert Cadet | Attendance of Reporter | $0.00 | $280.00 |
| Jean-Robert Cadet | Original Transcript | $0.00 | $894.60 |
| Jean-Robert Cadet | Condensed Transcript | $0.00 | $0.00 |

Comments:
Balances over 15 days may be subject to Finance Chg. @ 1.5%

Terms: Net 15 Days.

| | |
|---|---|
| Sub Total | $1,174.60 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,174.60 |
| Payment | $1,174.60 |
| Balance Due | $0.00 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
R. Gary Winters, ESQ
McCaslin Imbus & McCaslin
900 Provident Bank Building
632 Vine Street
Cincinnati, OH 45202

Deliver To:
R. Gary Winters, ESQ
McCaslin Imbus & McCaslin
900 Provident Bank Building
632 Vine Street
Cincinnati, OH 45202

Merit Litigation Support Services
602 Main Street, Suite 700
Cincinnati, OH 45202

Phone: (513) 361-8228
Fax: (513) 361-8254

Invoice #: 18735
Inv.Date: 01/02/2002
Balance: $0.00
Job #: 011213LL
Job Date: 12/13/2001
DB Ref.#:
Date of Loss: / /
Your File #:



01-03-18



## LITIGATION SUPPORT SERVICES

Accuspeed • Videofax • Exhibit 3D • Professional Resources

*"the ONE SOURCE for all of your litigation support needs"*

Court Reporting • Legal Videography • Process Service • Videoconferencing
Accident Reconstructions • Photography • Litigation Graphics • Day-In-The-Life
Settlement Brochures • Surveillance Videotaping • Courtroom Presentation
Digital Video Transcripts • Satellite CLE Presentations

**CINCINNATI: (513) 241-5605**     FAX: **(513) 361-8646**
**DAYTON: (937) 224-1990**     FAX: **(937) 224-1995**

*Web: www.litsup.com     Email: info@litsup.com*

Safeguard LITHO USA

L97SF060497M 1/02 282-