UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JEAN-ROBERT CADET,

          Plaintiff,

-vs-                                          C-1-01-131

MADEIRA CITY SCHOOL DISTRICT
BOARD OF EDUCATION, et al.,

          Defendants.

**CLERK'S MEMORANDUM ON COSTS**

This matter is before the Clerk on the Bill of Costs filed by the Defendants Madeira City School District Board of Education, Chris Mate and Paul Imhoff (doc. no. 80), the Exceptions and Objections filed by the Plaintiff and the Reply Memorandum in Support by Defts (doc. no. 82).

A thorough review of the record indicates that all of the requested fees are taxable, therefore, the Defendants' Bill of Costs (doc. no. 80) is hereby **GRANTED** in its entirety in favor of the Defendants in the total amount of **$3,206.85**.

The five day period for filing a motion to retax with the Court shall begin upon receipt of this memorandum.

Dated: April 12, 2004

JAMES BONINI, CLERK

BY: _____
Karen F. Jones
Division Manager

AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern District of Ohio

Jean-Robert Cadet

V.

Madeira City School District Board of Education, et al.

**BILL OF COSTS**

Case Number: C-1-01-131

Judgment having been entered in the above entitled action on 10/23/03 (Date) against Plaintiff, the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) .... See Exhibit 1 | 333.56 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 ..... See Exhibit 2 | 2,873.29 |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** | **$ 3,206.85** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: W. Kelly Lundrigan

Signature of Attorney: *[signed]*

Name of Attorney: R. Gary Winters

For: defendants, Madeira City School Dist. Bd. of Ed., Chris Mase and Paul Imhoff    Date: 12/03/03

Name of Claiming Party

Costs are taxed in the amount of $3206.85 and included in the judgment.

James Bonini    By: *[signed]* Karen F. Jones    April 12, 2004
Clerk of Court         Karen F. Jones
                       Division Manager