AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __OHIO (WESTERN DIVISION)__

JEAN-ROBERT CADET

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   1:01cv131

MADEIRA CITY SCHOOL DISTRICT, et al.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**That Defendant's Bill of Costs (Doc. 80) be GRANTED and Defendants are awarded the adjusted amount of $3,166.85 in costs.**

January 21, 2005
Date

JAMES BONINI
Clerk

*Arthur Hill*
(By) Deputy Clerk